# Exhibit A


**Tire Centers**
*Centered On Service*™

# EMPLOYEE HANDBOOK

2010

# TCi Tire Centers, LLC
# Employee Handbook

## Table of Contents

**Introduction and Description**
TCi Mission and Values ................................................... 1
Employment At-Will ........................................................ 1

**Welcome to TCi Tire Centers, LLC**
Employee Acknowledgement ............................................. 2

**Anti-Discrimination & Harassment**
Anti-Discrimination & Harassment ..................................... 3

**Compensation**
Compensation ............................................................. 4-5

**Conduct Standards**
Company Property, Equipment and Vehicles ........................... 6
Standards of Conduct .................................................... 7-8
Business Ethics and Conduct ........................................... 9-10
Corrective Action / Performance Management ......................... 11
Drug Free Workplace .................................................... 12-13
Smoke Free Environment ................................................. 14
Dress Policy ............................................................... 15
Suspension Following Serious Criminal Charges ...................... 16
Open Door ................................................................. 17
Violence in the Workplace .............................................. 18-19
Cell Phone Usage .......................................................... 20
Solicitation and Distribution ......................................... 21-22

**Leaves of Absences**
Jury Duty ................................................................... 23
Military Leave ............................................................. 23
Sick Leave ................................................................. 23
Bereavement / Funeral Leave ............................................ 24
Extended Absence ........................................................ 24
Family and Medical Leave (FMLA) ...................................... 25-2[?]

**TCi** Tire Centers
*Centered On Service*

**General Employment**
Employment Categories .................................................27
Attendance and Absenteeism ............................................28
Access to Personnel File Records........................................29
Employment of Relatives ................................................30
Employee Referrals ....................................................31
Job Postings & Promotions .............................................32
HIPAA Privacy and Security Compliance ................................33
Criminal Background Check..............................................34
Transfers Between Facilities / Locations ..................................35
Re-Hire ..............................................................36
Union Free Status .....................................................37

**Safety and Security**
Employee Rights and Responsibilities ....................................38
Manager / Supervisor Responsibilities ...................................38
Customer Site Requirements.............................................38
Requirements for Subcontractors and Vendors.............................38
General Safety Rules...................................................39
Work Performance......................................................39
Housekeeping .........................................................39
OSHA and MSHA Compliance..........................................40
Chemical Hazards......................................................40
Electrical Safety ......................................................40

**Motor Vehicles Records (MVR)**
Motor Vehicles Records (MVR).....................................41-42

**Personal Protective Equipment (PPE) and Clothing**
Personal Protective Equipment (PPE) and Clothing.....................43-45

**Corporate Communications & Technology**
Information Technology (IT) Acceptable Use ..........................46-50

**Employee Benefits**
Health, Welfare and Retirement Benefits .................................51
Employee Assistance Program ..........................................51
TCi 'We Care' Coin Safety Incentive & Recognition.......................51
Silver Coins – Recognition Program......................................52
Service Awards .......................................................52

**Vacations & Holidays**
Holidays .............................................................53
Vacation..........................................................54-55

## *Introduction and Description of TCi Tire Centers, LLC*

This handbook is designed to acquaint you with TCi and provide you with information about working conditions, employee benefits, and some of the policies affecting your employment. This handbook is merely a guideline and does not contract of employment nor does it change the employment at-will policy permitting you or TCi to end our relationship for any reason, at any time. You should read, understand, and comply with all provisions of the handbook. It describes many of your responsibilities as an employee and outlines the programs developed by TCi to benefit employees. We want to provide a work environment that is conducive to both personal and professional growth.

No employee handbook can anticipate every circumstance or question about policy. As TCi continues to grow, the need may arise and TCi reserves the right to revise, supplement, or rescind any policies or portion of the handbook from time to time as it deems appropriate, in its sole and absolute discretion. However, no future revision or modification of this handbook will change the parties' employment at-will relationship. You will be notified of such changes to the handbook as they occur. Please refer to the *Breeze Online Training Tool* (http://breeze.tirecenters.com/hrpolicyweb/) for the most recent version of TCi policies.

*************************************************************

## *TCi TireCenters, LLC Mission and Values*

**Mission Statement...**
To provide optimal tire services and solutions with a passion for service excellence and creating customer loyalty.

- Safety First
- Do the Right Thing
- Develop People
- Operational Excellence
- Grow Profitably

*************************************************************

## *Employment At-Will*

Unless expressly proscribed by statute or contract, your employment is "at-will." All TCi Tire Centers, LLC employees are at-will, which means they may be terminated at any time and for any reason, with or without advance notice. Employees are also free to quit at any time. Any employment relationship other than at-will must be set out in writing and signed by TCi's Chief Executive Officer.

1

## *Welcome to TCi Tire Centers, LLC!*

Dear Employee:

You and TCi Tire Centers, LLC have made an important decision: The Company has decided you can contribute to our success, and you've decided that TCi Tire Centers, LLC is the organization where you can pursue your career. Every job in our company is important, and you will play a key role in the continued growth of our company.

As you will quickly discover, our success is based on delivering high-quality products and providing unsurpassed customer service. How do we do it? By working very hard, thinking about our customers' needs, and doing the right thing. We do it by treating each other and customers with respect. We do it by acting as a team. Should you have any questions concerning this handbook, your employment or benefits, please feel free to discuss them with your supervisor or manager.

Again, welcome!

Senior Vice President of Human Resources


*(This handbook replaces all previous handbooks and supersedes all earlier oral and written materials about Company policies and procedures. TCi Tire Centers, LLC reserves the right to change, add or delete benefits and policies as necessary.)*

*********************************************************

## *Employee Acknowledgment*

By signing below, I acknowledge that I have received and understand THIS HANDBOOK IS NOT A CONTRACT, EITHER EXPRESS OR IMPLIED, and that my employment with TCi is at-will.


(Employee: Sign and return A COPY of this page only to Human Resources)

_____                          _____
         **Print Name**                                      **Date**


_____
         **Sign Name**

2



## POLICY

## Open Door

TCi has an Open Door Policy where any employee can speak to any executive, manager, or supervisor on any matter.

In the event that a misunderstanding or conflict arises, every effort should be made to resolve the situation in a timely manner. Should the situation persist, you are encouraged to bring the complaint to the attention of management by following the procedures outlined below. Employees can skip steps in this process as needed.

1. Discuss the situation with your immediate supervisor or another member of management.

2. Discuss the situation with your Regional Director and/or Regional Human Resources Manager (Support Center employees would contact Human Resources), who may proceed to conduct an investigation into the situation and find possible remedies.

3. The Business Practices Hotline (866-850-9061), which is administered by a third party company, is available for employees to report concerns of fraud, policy violations, ethics, safety and harassment. Reports can be submitted anonymously if desired.

4. To the fullest extent possible, employees' confidentiality and that of others involved will be protected. No employee will be penalized, formally or informally, for voicing a concern in a reasonable, business-like manner. Retaliation or discrimination against an employee for utilizing the Open Door policy is strictly prohibited.



TCi Tire Centers
Centered On Service

# POLICY

## Violence in the Workplace

Except where state law differs, TCi prohibits the possession or use of weapons on company property, including company-owned or leased buildings and surrounding areas such as walkways, driveways and parking lots. This policy also applies to all TCi-owned or leased vehicles, personal vehicles, and all vehicles that come onto company property. All weapons concealed or otherwise, and regardless of state issued carry permits are subject to this policy.

To enforce this policy and protect our employees' safety, TCi reserves the right to search all company-owned or leased vehicles and all vehicles, packages, containers, purses, briefcases, backpacks, lockers, desks or persons entering or located on Company property.

Any violation of this policy, including refusal to promptly permit a search under this policy, will result in prompt disciplinary action, up to and including termination.

If you are made aware of a weapon or firearm on TCi property, you should immediately notify your immediate supervisor and/or Law Enforcement to have the firearm removed.

### Workplace Violence

TCi prohibits both physical and verbal forms of violence. Examples of such violence include, but are not limited to the following:

- Fighting or attempting bodily injury to any person on TCi property
- Use of abusive, profane or threatening language toward any person
- Coercing or harassing other employees, customers, or visitors to TCi property
- Possession of firearms, dangerous weapons, explosives, etc., on TCi premises
- Gross negligence or intentional misconduct resulting in serious injury to, or the death of, another person or damage to TCi property.

All threats are assumed to be serious and will be taken seriously. TCi may report such activities to law enforcement authorities.

If you witness or have knowledge of violent activity or threats of violence, or are a victim, you must immediately report these violations to:

- Immediate Supervisor/Manager
- Regional Human Resources Manager/Human Resources Department (Support Center)
- Regional Director
- Business Practices Hotline – (866) 850-9061

### Workplace Bullying

Bullying is repeated unreasonable behavior directed toward an employee, or group of employees, that creates a risk to health and safety. Examples include, but are not limited to:

- Verbal abuse and yelling
- Humiliating someone through sarcasm, criticism or insults
- Exclusion of a person from workplace activities

# POLICY

## Violence in the Workplace

TCi expects all employees to behave in a professional manner and to treat each other with dignity and respect. We encourage all employees who experience bullying to report it. Any reports of bullying will be treated seriously and investigated promptly, confidentially and impartially.